IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MYSON J. HOUCK,

       Plaintiff,            1:11-cv-6041-CL

      v.                              **ORDER**

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

       Defendant.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#15), and the matter is now before me. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections and I have reviewed the file of this case *de novo*. See 28 U.S.C. § 636(b)(1)(c); McDonnell Douglas Corp. v. Commodore

1 - ORDER

Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). I conclude the R & R is correct. Magistrate Judge Clarke's Report and Recommendation (#15) is adopted. The decision of the Commissioner is affirmed.

IT IS SO ORDERED.

DATED this 29 day of March, 2012.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER